FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITIES ACT, 42 USC 2000e, et seq.

NAME: Felisa Renee Claiborne

ADDRESS: 136 Tamworth Place Danville, VA 24540

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 20 2013

JULIA D DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Felisa Renee Claiborne
(Enter full name)

Plaintiff,

v.

Hughes Center for Exceptional Children

Defendant.

COMPLAINT

Case No. 4:13CV00056

(To be supplied by Clerk, USDC)

A. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

June 21, 2012

B. On what day was your complaint filed with the Equal Employment Opportunities Commission?

February 11, 2013

C. What action did the Commission or its representatives take in regard to your complaint?

Virginia Commission stated the investigation in the case transferred it to Charlotte, NC. Charlotte, NC stated it was pass the deadline and Issued a Right to Sue.

Page 1 of 5

D. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in B. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

yes

E. If the answer to D. is yes, has 90 days passed since your receipt of the notice described in D.?

no

F. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

no

If your answer to F. is yes, describe the action in the spaces below (if more than one action has been filed, use the back of this page to describe these additional actions)

1. Parties to the action: _____

2. Court (if federal court, give district; if a state court, name city or county): _____

3. Docket Number: _____

4. Judge's Name: _____

5. Is case still pending: _____ If not, what was the ruling? _____

   Was the case appealed? _____

6. Have you described other actions on the back of this form? _____

G. Are there any state or local agencies presently making active efforts to obtain a voluntary end
to the alleged unlawful employment practice?   YES ✓   NO _____   I DON'T KNOW _____

If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf? NAACP - Pittsylvania County and the SCLC yes, to file with the EEOC and to file the Right to Sue charge of discrimination.

On the remainder of this form, please answer the questions relating to your problems with the defendant and, if necessary, include other pages in order to fully explain the facts beyond your complaint.

1. What was or is your employer? Hughes Center for Exceptional Children

2. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

Chris Shelton - Director of Program Operations - Was told by the CEO to let me go.
Patsy Parker - Human Resource - Was not given the opportunity to file a grievance
Michael Triggs - CEO - Given the order to fire without a verbal, written warning or walk without pay.
LaVerne Wimbush - Scheduler/Supervisor - was taken off the schedule my last day of work when the new schedule came out on Thursday June 14, 2012.

3. If you were fired, what reasons were given for your discharge? Due to a incident of June 11, 2012 received this notice in the mail.

If you disagree with those reasons, what do you think were the real reasons? Discrimination along with they fake, turn just picking on a person and more to someone else. Not really sure, they do not have to have a reason. They let people go all the time (a high turn over) Or also because of my workers comp. issue.

4. Does your employer have a grievance procedure to use when employees are unhappy

Page 3 of 5

about actions taken against them? yes

5. If so, did you file a grievance with your employer? no, was given the opportunity and not allowed.

If you did, what action was taken? _____

6. In the space below (and on additional pages, if necessary) please state any other facts which you consider important in this complaint.

see attached sheets

7. If you were fired, have you been working since that time? yes
If yes, for whom have you worked? Pittsylvania County Community Action Head Start
What did you do? Mental Health Specialist

If you did not get another job, have you received unemployment compensation? yes
If yes, for how long? July 2012 - August 2012

8. What relief do you want from this court? (For example:)

Do you want your job back? NO

Have you suffered any damages? yes

Page 4 of 5

If so, how much? $82,000.00

OTHER: _____

_____

_____

Sign your name below:

*Telisa R. Claiborne*
Signature of Plaintiff

434-836-2989

VERIFICATION

State of

County of _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Signature